```
Case 1:09-cv-03046-GWG   Document 21   Filed 09/23/09   Page 1 of 1
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DORIS BAIZA AND MANUEL BAIZA,               :

                                            :
                    Plaintiffs,             :        09 Civ. 3046 (GWG)
                                            :
          -v.-                              :
                                            :
AI 229 WEST 43RD STREET PROPERTY OWNER:

                    Defendant.              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   A pre-trial conference in this matter is scheduled for October 13, 2009 at 10:45 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. All parties should be prepared to report to the Court on the status of the case, including their compliance with any scheduling orders or other court directives currently in effect.

   This conference is the only matter scheduled for this date and time. The parties should arrive a few minutes early so that the conference may begin promptly.

   Upon receipt of this order each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In accordance with this Court's Individual Practices (available at: http://www1.nysd.uscourts.gov/judge_info.php?id=67), any requests for an adjournment must be made in writing at least 48 hours prior to the conference and must set forth the reasons for the requested adjournment. Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference. The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

   SO ORDERED.

Dated: September 23, 2009
       New York, New York

                                       [signature]
                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge